## Commonwealth *v.* Dellana, Appellant.

Before O'BRIEN,

J., without a jury.

Argued November 20, 1975. *Leo P. Hajdukiewicz,* with him *Samuel R. Sciullo,* for appellant; *Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.